■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEANDELL KING, Appellant. [53 NYS3d 586]—Appeal from a judgment of the Onondaga County Court (Thomas J. Miller, J.),

rendered April 19, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree, criminal possession of a weapon in the second degree and criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Curran, JJ.